UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jimmy Tyron Brinson**                   **Docket No. 7:11-CR-103-1FL**

**Petition for Action on Supervised Release**

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jimmy Tyron Brinson, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on June 20, 2013, to the custody of the Bureau of Prisons for a term of 27 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Jimmy Tyron Brinson was released from custody on February 13, 2015, at which time the term of supervised release commenced.

On September 22, 2015, a Violation Report was submitted to the court reporting that the defendant was charged with Driving while License Revoked – Impaired Revocation and Fictitious/Altered Title/Registration Card/Tag in Onslow County, North Carolina. At that time, the probation officer recommended, and the court agreed, to allow supervision to continue.

On October 30, 2015, a Violation Report was submitted to the court reporting that the defendant tested positive for marijuana. At that time, Mr. Brinson was participating in the Surprise Urinalysis Program and had reengaged in substance abuse treatment. As such, the probation officer recommended, and the court agreed, to allow supervision to continue.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 7, 2016, the defendant was charged with Driving While Impaired and Driving while License Revoked – Not Impaired Revocation in Onslow County, North Carolina. Mr. Brinson provided a written statement admitting that prior to being pulled over, he had taken hydrocodone pills, for which he did not have a prescription. Those charges remain pending in Onslow County District Court (16CR053741).

As a sanction for the violation conduct, the probation officer recommends that the defendant be confined to the Bureau of Prisons for a period of 7 days and the imposition of 18 hours of community service.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 18 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 7 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Jimmy Tyron Brinson
Docket No. 7:11-CR-103-1FL
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Kristyn Super<br>Kristyn Super<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5104<br>Executed On: July 22, 2016 |

### ORDER OF THE COURT

Considered and ordered this 25th day of July, 2016, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge