UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jimmy Tyron Brinson                                                           Docket No. 7:11-CR-103-1FL

### Petition for Action on Supervised Release

COMES NOW J. Brock Knight, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jimmy Tyron Brinson, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on June 20, 2013, to the custody of the Bureau of Prisons for a term of 27 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Jimmy Tyron Brinson was released from custody on February 13, 2015, at which time the term of supervised release commenced.

On September 22, 2015, a Violation Report was submitted to the court reporting that the defendant was charged with Driving While License Revoked-Impaired Revocation and Fictitious/Altered Title/Registration Card/Tag in Onslow County, North Carolina. At that time, the probation officer recommended, and the court agreed, to allow supervision to continue.

On October 30, 2015, a Violation Report was submitted to the court reporting that the defendant tested positive for marijuana. At that time, Mr. Brinson was participating in the Surprise Urinalysis Program and had reengaged in substance abuse treatment. As such, the probation officer recommended, and the court agreed, to allow supervision to continue.

On July 22, 2016, a Petition for Action on Supervised Release was submitted to the court reporting that the defendant was charged with Driving While Impaired and Driving While License Revoked-Not Impaired Revocation in Onslow County, North Carolina. Brinson was continued on supervision and conditions were modified to include service of 7 days custody and completion of 18 hours of community service.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

A urine specimen collected from the defendant on November 29, 2016, was positive for marijuana. When this officer confronted Brinson about illicit drug use, he admitted that he used marijuana on or about November 24, 2016, and signed an admission form. As a sanction for this violation conduct, service of 45 days location monitoring is recommended. Additionally, the defendant will be required to continue participation in the Surprise Urinalysis Program and substance abuse treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 45 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant shall pay for the location monitoring services as directed by the probation officer.

Jimmy Tyron Brinson
Docket No. 7:11-CR-103-1FL
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ J. Brock Knight
J. Brock Knight
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2030
Executed On: January 13, 2017

## ORDER OF THE COURT

Considered and ordered this __17th__ day of __January__, 2017, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge