UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jimmy Tyron Brinson**                                              **Docket No. 7:11-CR-103-1FL**

**Petition for Action on Supervised Release**

COMES NOW J. Brock Knight, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jimmy Tyron Brinson, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on June 20, 2013, to the custody of the Bureau of Prisons for a term of 27 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Jimmy Tyron Brinson was released from custody on February 13, 2015, at which time the term of supervised release commenced.

On September 22, 2015, a Violation Report was submitted to the court reporting that the defendant was charged with Driving While License Revoked-Impaired Revocation and Fictitious/Altered Title/Registration Card/Tag in Onslow County, North Carolina. At that time, the probation officer recommended, and the court agreed, to allow supervision to continue.

On October 30, 2015, a Violation Report was submitted to the court reporting that the defendant tested positive for marijuana. At that time, Mr. Brinson was participating in the Surprise Urinalysis Program and had reengaged in substance abuse treatment. As such, the probation officer recommended, and the court agreed, to allow supervision to continue.

On July 22, 2016, a Petition for Action on Supervised Release was submitted to the court reporting that the defendant was charged with Driving While Impaired and Driving While License Revoked-Not Impaired Revocation in Onslow County, North Carolina. Brinson was continued on supervision and conditions were modified to include service of 7 days custody and completion of 18 hours of community service.

On January 13, 2017, a Petition for Action on Supervised Release was submitted to the court addressing marijuana use on November 24, 2016. Brinson was continued on supervision and conditions were modified to include service of 45 days location monitoring. Additionally, the defendant was required to continue participation in the Surprise Urinalysis Program and substance abuse treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 17, 2017, the defendant was charged in Duplin County, North Carolina, with Driving While License Revoked-Impaired Driving Revocation and Driving Left of Center (17CR701362). As a sanction for this violation conduct, service of 30 hours of community service is recommended.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 30 hours of community service as directed by the probation office and, if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

**Jimmy Tyron Brinson**
**Docket No. 7:11-CR-103-1FL**
**Petition For Action**
**Page 2**

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,  I declare under penalty of perjury that the foregoing
 is true and correct.

/s/ Robert L. Thornton  /s/ J. Brock Knight
Robert L. Thornton  J. Brock Knight
Supervising U.S. Probation Officer  U.S. Probation Officer
 2 Princess Street, Suite 308
 Wilmington, NC 28401-3958
 Phone: 910-679-2030
 Executed On: April 10, 2017

## ORDER OF THE COURT

Considered and ordered this ___11th___ day of _____April_____, 2017, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge